UNITED STATES BANKRUPTCY COURT
NORTHERN   DISTRICT OF   ILLINOIS
EASTERN DIVISION

In re:   THOMAS M. DIAZ                     §   Case No. 12-02248
                                            §            Hon. JACK B. SCHMETTERER
                                            §            Chapter 7
                                            §
         Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 08/30/2012 in Courtroom 682, Dirksen Federal Building Courthouse, 219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/30/2012        By: Clerk U. S. Bankruptcy Court
                                    (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN   **DISTRICT OF** ILLINOIS
EASTERN DIVISION

In re:   THOMAS M. DIAZ   § Case No. 12-02248
§ Hon. JACK B. SCHMETTERER
§ Chapter 7
§
Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $11,145.00 |
| *and approved disbursements of* | $13.19 |
| *leaving a balance on hand of* [1] | $11,131.81 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NONE | | | | | $0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $11,131.81 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| *Trustee, Fees* | ALLAN J. DeMARS | $1,864.50 | $0.00 | $1,864.50 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $37.70 | $0.00 | $37.70 |
| *Attorney for Trustee, Fees* | ALLAN J. DeMARS | $1,440.00 | $0.00 | $1,440.00 |
| *Attorney for Trustee, Expenses* | ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | | | | |
| *Accountant for Trustee, Expenses* | | | | |
| *Auctioneer, Fees* | | | | |
| *Auctioneer, Expenses* | | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

*Charges,*   <u>*U.S. Bankruptcy Court*</u>

*Fees,* <u>*United States Trustee*</u>

  Other

    Total to be paid for chapter 7 administrative expenses:   $3,342.20

    Remaining balance:   $7,789.61

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for    , Fees* | | | |
| *Attorney for    , Expenses* | | | |
| *Accountant for    , Fees* | | | |
| *Accountant for    , Expenses* | | | |
|   Other | | | |

    Total to be paid for prior chapter administrative expenses:   $0.00

    Remaining balance:   $7,789.61

  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling  $0.00  must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | $0.00 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $0.00 |
| Remaining balance: | $7,789.61 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $67,100.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commonwealth Edison Co. | $655.57 | $0.00 | $76.11 |
| 2 | American Infosource agent for Edward and Linden Oaks Hospital | $154.23 | $0.00 | $17.90 |
| 3 | American Infosource agent for Edward and Linden Oaks Hospital | $161.81 | $0.00 | $18.78 |
| 4 | Portfolio Recovery Assoc. successort to FIA Card Services | $10,720.55 | $0.00 | $1,244.54 |
| 5 | Capital One Bank USA, NA | $452.67 | $0.00 | $52.55 |
| 6 | Nelnet (US Dept of Education) | $26,353.30 | $0.00 | $3,059.33 |
| 7 | American Express Centurion Bank | $310.13 | $0.00 | $36.00 |
| 8 | Citibank (South Dakota) NA | $26,806.47 | $0.00 | $3,111.94 |
| 9 | Illinois Bell Telephone | $684.64 | $0.00 | $79.48 |
| 10 | PYOD LLC assignee of Citibank | $800.91 | $0.00 | $92.98 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $7,789.61 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | $0.00 |

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---:|
| Total to be paid for tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ____0____ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | $0.00 |

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ ALLAN J. DeMARS
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St. - Suite 910
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-02248-JBS
Thomas M. Diaz                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: rgreen              Page 1 of 3              Date Rcvd: Jul 30, 2012
                             Form ID: pdf006           Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2012.
```
db            Thomas M. Diaz,    2317 S. 4th Avenue,    North Riverside, IL  60546-1260
19009065     +% AT&T Services, Inc,    James Grudus, Esq.,    One AT&T Way, Room 3A218,
               Bedminster, NJ 07921-2693
18393582     +American Collection Co.,    ACC International,    919 Estes Ct.,    Schaumburg, IL 60193-4427
18393583     +American Express,    American Express Special Research,    PO Box 981540,    El Paso, TX 79998-1540
18405237      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
18751096      American InfoSource LP as agent for,    Edward and Linden Oaks Hospitals,    PO Box 248838,
               Oklahoma City, OK  73124-8838
18393584     +Arnold Scott Harris, P.C.,    222 Merchandise Mart Plaza #1932,    Chicago, IL 60654-1420
18393585     +Bank of America,    PO Box 982238,    El Paso, TX 79998-2238
18393587     +Bank of America, N.A,    450 American Street,    Simi Valley, CA 93065-6285
18393588     +Barclays Bank Delaware,    Attention: Bankruptcy,    PO Box 8801,    Wilmington, DE 19899-8801
18393589     +Capital One Bank,    Attn: Bankruptcy Dept.,    PO Box 30285,    Salt Lake City, UT 84130-0285
18767494      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
18393590     +Citibank,    Attn: Centralized Bankruptcy,    PO Box 20507,    Kansas City, MO 64195-0507
18393591     +City of Chicago,    Bureau of Parking - Bankruptcy,    333 S. State Street, Suite 540,
               Chicago, IL 60604-3951
18393592     +Codilis & Associates, P.C.,    Bank of America N A,    15W030 N. Frontage Road, Suite 100,
               Burr Ridge, IL 60527-6921
18393594      Dependon Collection Service,    120 W. 22nd Street, Suite 360,    Oak Brook, IL 60523-4070
18393595     +Direct Merchants Bank,    PO Box 5246,    Carol Stream, IL 60197-5246
18393596     +Edith Diaz,    320 E. 21st Street, Unit 815,    Chicago, IL 60616-4983
18393597     +Goodyear / Citibank, N.A.,    PO Box 6497,    Sioux Falls, SD 57117-6497
18393599    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: HSBC Bank,     Attn: Bankruptcy,    PO Box 15522,    Wilmington, DE 19850)
18393598     +HSBC Bank,    Attn: Bankruptcy,    PO Box 5253,    Carol Stream, IL 60197-5253
18393600     +Illinois Collection Service,    PO Box 1010,    Tinley Park, IL 60477-9110
18393601      Illinois Tollway Authority,    2700 Ogden Avenue,    Downers Grove, IL 60515-1703
18393603     +Nazario Bueno,    2624 S. 59th Avenue,    Cicero, IL 60804-3128
18393604     +Nelnet on behalf of COAC,    College Access Network,    1560 Broadway Suite 1700,
               Denver, CO 80202-5159
18393605     +Nicor Gas,    Attn: Bankruptcy Department,    PO Box 190,    Aurora, IL 60507-0190
18393606     +PNC Mortgage,    3232 Nemark Drive,    Miamisburg, OH 45342-5433
18393607    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates,     Attn: Bankruptcy,    PO Box 41067,
               Norfolk, VA 23541)
18393608     +Revenue Group,    3700 Park East Drive,    Beachwood, OH 44122-4343
18393609     +Sallie Mae,    Attention: Claims Dept,    PO Box 9500,    Wilkes-Barre, PA 18773-9500
18393611     +Specialized Loan Servicing,    8742 Lucent Blvd., Suite 300,    Littleton, CO 80129-2386
18393610     +Specialized Loan Servicing,    Attn: Bankruptcy,    PO Box 636005,    Littleton, CO 80163-6005
18393612     +TCF National Bank,    800 Burr Ridge Parkway,    Willowbrook, IL 60527-6486
18393613     +Tomas Diaz,    2531 S. St. Louis,    Chicago, IL 60623-3926
18596758     +Veronia Huitron,    398 Zinnia Drive,    Romeoville IL 60446-5104
18393616     +West Asset Management,    7333 Tam O'Shanter Drive,    Stockton, CA 95210-3370
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18393593     +E-mail/Text: legalcollections@comed.com Jul 31 2012 09:30:58      ComEd,    PO Box 6111,
               Carol Stream, IL 60197-6111
18465958     +E-mail/Text: legalcollections@comed.com Jul 31 2012 09:30:58      Commonwealth Edison Company,
               3 Lincoln Centre,    Oakbrook Terrace, Il 60181-4204,    Attn: Bankrutpcy Dep.
18809028     +E-mail/Text: electronicbkydocs@nelnet.net Jul 31 2012 09:52:40
               Nelnet on behalf of the U.S. Dept. of ED,    3015 South Parker Road, Suite 400,
               Aurora, CO 80014-2904
19028284     +E-mail/Text: resurgentbknotifications@resurgent.com Jul 31 2012 09:30:57
               PYOD, LLC its successors and assigns as assignee,     of Citibank,    Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
18393614     +E-mail/Text: electronicbkydocs@nelnet.net Jul 31 2012 09:52:40
               US Department of Education / Nelnet,    3015 Parker Road,    Aurora, CO 80014-2904
                                                                                              TOTAL: 5
```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
18822417*      American Express Centurion Bank,   c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18758386*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,     c/o Bank Of America,    POB 41067,
               Norfolk VA 23541)
18834107*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,     c/o Citibank,    POB 41067,
               Norfolk VA 23541)
```

```
District/off: 0752-1           User: rgreen              Page 2 of 3               Date Rcvd: Jul 30, 2012
                               Form ID: pdf006           Total Noticed: 41
```

18393586   ##+Bank of America,   PO Box 17054,   Wilmington, DE 19850-7054
18393602   ##+Nationwide Credit & Collection,   9919 W. Roosevelt Road, Suite 101,   Westchester, IL 60154-2771
18393615   ##+Wells Fargo Financial,   3000 Broadview Village S,   Broadview, IL 60155-2618
                                                                                     TOTALS: 0, * 3, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 01, 2012**                     **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: rgreen              Page 3 of 3             Date Rcvd: Jul 30, 2012
                              Form ID: pdf006           Total Noticed: 41
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2012 at the address(es) listed below:

        Allan J DeMars   on behalf of Trustee Allan DeMars alland1023@aol.com
        Allan J DeMars    alland1023@aol.com
        J Kevin Benjamin   on behalf of Debtor Thomas Diaz courtnotices@blsllp.com,
        ecf@blsllp.com;jkb@blsplc.com;theresa@benjaminlaw.com
        Jose G Moreno   on behalf of Creditor  WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE
        HOLDERS OF MORGAN STANLEY ABS CAPITAL I INC., TRUST 2007-HE4, MORTGAGE PASS-THROUGH CERTIFICATES,
        SERIES 2007-HE4 nd-one@il.cslegal.com
        M. Gretchen Silver   on behalf of U.S. Trustee Patrick Layng ustpregion11.es.ecf@usdoj.gov,
        gretchen.silver@usdoj.gov;denise.delaurent@usdoj.gov;maria.e.yapan@usdoj.gov
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                                       TOTAL: 6